FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMENTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INDYMAC BANK; INDYMAC MBS, INC.; INDYMAC IMS MORTGAGE LOAN TRUST 2007-F2; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); ONE WEST BANK, N.A.; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No. 8:12-cv-01212-AG-RNB<br><br>*Hon. Andrew J. Guilford*<br><br>[~~PROPOSED~~] JUDGMENT |

**TO: THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT COURT JUDGE, AND PLAINTIFF JOSE ARMENTA:**

　　PLEASE TAKE NOTICE that on September 24, 2012, this Court granted Defendants OneWest Bank, FSB, erroneously sued as One West Bank, N.A.'s

("OneWest"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") Motion to Dismiss, and ordered Plaintiff to file an amended complaint within seven days. Plaintiff failed to file an amended complaint by the deadline. Accordingly, on October 9, 2012, this Court dismissed the above-entitled action without leave to amend.

Defendants' Motion to Dismiss having been sustained as to all causes of action WITHOUT leave to amend,

Judgment is hereby entered against Plaintiff Jose Armenta ("Plaintiff") and in favor of Defendants on all causes of action.

DATED: October 31, 2012

Honorable Andrew J. Guilford
DISTRICT COURT JUDGE

2
JUDGMENT

"EXHIBIT A"

# "EXHIBIT A"

"EXHIBIT A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMENTA,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC BANK; INDYMAC MBS, INC.; INDYMAC IMS MORTGAGE LOAN TRUST 2007-F2; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); ONE WEST BANK, N.A.; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 8:12-cv-01212-AG-RNB<br><br>*Hon. Andrew J. Guilford*<br><br>**[PROPOSED] JUDGMENT** |

**TO: THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT COURT JUDGE, AND PLAINTIFF JOSE ARMENTA:**

PLEASE TAKE NOTICE that on September 24, 2012, this Court granted Defendants OneWest Bank, FSB, erroneously sued as One West Bank, N.A.'s

1

JUDGMENT

("OneWest"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") Motion to Dismiss, and ordered Plaintiff to file an amended complaint within seven days. Plaintiff failed to file an amended complaint by the deadline. Accordingly, on October 9, 2012, this Court dismissed the above-entitled action without leave to amend.

Defendants' Motion to Dismiss having been sustained as to all causes of action WITHOUT leave to amend,

Judgment is hereby entered against Plaintiff Jose Armenta ("Plaintiff") and in favor of Defendants on all causes of action.

DATED:

Honorable Andrew J. Guilford
DISTRICT COURT JUDGE